**MONTGOMERY v. STATE.**

No. 19325.

Court of Criminal Appeals of Texas.

Jan. 19, 1938.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception.

Appellant entered a plea of guilty to the offense charged in the indictment, and waived a jury upon the trial.

No error having been perceived **or** pointed out, the judgment is affirmed.